UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Plaintiff,

v.                                               Case No: 8:23-mc-24-KKM-JSS

LEE SEGAL,

    Third Party Custodian.
_____/

## ORDER

Lee Segal moves the court to abate its October 16, 2023 order granting Plaintiff's motion to compel and excuse Mr. Segal from any further responsibility to respond to Plaintiff's subpoena. (Motion, Dkt. 16.) Plaintiff opposes the Motion. (Dkt. 18.) The court held a hearing on the Motion on December 19, 2023. (Dkt. 24.) Upon consideration and for the reasons stated at the hearing:

1. Mr. Segal's Motion to Abate the Court's October 16, 2023 Order (Dkt. 16) is **DENIED**.

2. Mr. Segal is directed to produce any responsive, non-privileged documents in his possession, including bank records, on or before January 5, 2024.

3. Counsel is further directed to confer with Mr. Segal regarding the searching of his personal emails and any hard copy documents in Mr.

Segal's possession and produce those responsive, non-privileged documents by January 5, 2024.

4. At Plaintiff's request, the Clerk of Court is directed to **STRIKE** Exhibit 5 to Plaintiff's Motion to Compel (Dkt. 1-5). Plaintiff is directed to re-file a redacted version of that exhibit.

**ORDERED** in Tampa, Florida, on December 20, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record