# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Plaintiff,

v.                              Case No: 8:23-mc-24-KKM-SPF

LEE SEGAL,

    Defendant.
_____

## ORDER

The Magistrate Judge recommends granting the Plaintiff's Motions for Sanctions. (Doc. 57). I construe the Report and Recommendation as a certification of the facts constituting civil contempt. *See* 28 U.S.C. § 636(e)(6)(B)(iii) (explaining that if the magistrate judge determines a person should be held in contempt, he must certify the facts and the district judge then holds a show cause hearing). Accordingly, a hearing for the Defendant to show cause why he should not be held in contempt is scheduled for **January 28, 2025, at 11:00 A.M.** in Tampa Courtroom 13B.

**ORDERED** in Tampa, Florida, on January 10, 2025.

Kathryn Kimball Mizelle
United States District Judge